IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT NOLAN DAWES,<br><br>Defendant. | CR 20-107-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, ROBERT NOLAN DAWES is hereby released from the custody of the U.S. Marshals Service.

DATED this 25th day of October, 2024.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1